## In re NEVADA–UTAH MINES & SMELTERS CORPORATION.

(Circuit Court of Appeals, Second Circuit. April 22, 1913.)

No. 108.

COURTS (§ 405*) — CIRCUIT COURT OF APPEALS — INTERVENTION — PETITION AFTER RETURN OF MANDATE.

Where a petition to revise has been determined by the Circuit Court of Appeals, and mandate transmitted to the District Court, which has acted thereon, the cause is no longer in the Circuit Court of Appeals, and an application there to intervene would be denied.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 1097–1099, 1101, 1103; Dec. Dig. § 405.*]

Petition to Revise Order of the District Court of the United States for the Southern District of New York; Learned Hand, Judge.

On rehearing. Denied.

For former opinion, see 202 Fed. 126.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Liebmann & Tanzer, of New York City (L. A. Tanzer, of New York City, of counsel), for petitioners.

Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The petitioner for a revision of the order of the District Court has filed an application for a rehearing of this cause, which we disposed of on January 13, 1913. We see no reason to change our opinion, and the petition for rehearing is dismissed.

Another stockholder asks to be allowed to intervene as a party to the proceeding. Our mandate has been transmitted to the District Court, which has acted upon it. We have decided not to ask for a return of the mandate for the purpose of a rehearing. The cause is no longer in this court, and the application made here to intervene is denied.